RUSSELL v. UNITED STATES TRUST CO. OF NEW YORK.

(Circuit Court of Appeals, Second Circuit.   February 24, 1905.)

No. 116.

Appeal from the Circuit Court of the United States for the South-ern District of New York.

Arthur L. Livermore (William F. Henney, of counsel), for appellant.

E. W. Sheldon, for appellee.

Before LACOMBE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM.   The facts and questions of law presented in this appeal are the same as those in William C. Russell v. The U. S. Trust Company (opinion in which is handed down to-day) 136 Fed. 758.

The decree of the Circuit Court is affirmed, with costs.